UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

EDWIN MIGUEL BATISTA,

          Defendant(s).

**REPORT & RECOMMENDATION**
25-CR-141A

The above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation.  The following is my Report and Recommendation as to the defendant's plea of guilty.

On April 15, 2026, the defendant entered a plea of guilty in this case, as set forth in the digital FTR recording of the plea proceeding.  In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed. R. Crim. P. and that your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

SO ORDERED.

Dated:     April 15, 2026
           Buffalo, New York

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge